No. 77–1275. Martin B. Glauser Dodge Co. v. Chrysler Corp. et al. C. A. 3d Cir. Motion of Independent Dealers Committee Dedicated to Action for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 77–1279. Fleschner et al. v. Abrahamson et ux. C. A. 2d Cir. Motion of Investment Counsel Association of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. Mr. Justice Stewart and Mr. Justice Powell would grant certiorari. 

No. 77–1284. Gaudet v. Exxon Corp.; and
No. 77–1328. St. Pierre v. Exxon Corp. et al. C. A. 5th Cir. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of these petitions. 

No. 77–1345. Telephone Users Assn., Inc. v. Public Service Commission of the District of Columbia et al. Ct. App. D. C. Certiorari denied. Mr. Justice Powell took no part in the consideration or decision of this petition.

No. 77–1341. Vincent, Correctional Superintendent v. Santiago. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 77–1346. Taylor, Director of Personnel of Philadelphia, et al. v. Rodriguez. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 77–1421. Lahman Manufacturing Co., Inc., et al. v. Farmhand, Inc. C. A. 8th Cir. Motion to defer consideration of petition for writ of certiorari and certiorari denied.